**Juan L. STEWARD, Plaintiff–Appellant,**

v.

**The COLONIAL WILLIAMSBURG FOUNDATION, Defendant–Appellee.**

No. 02–1350.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Juan L. Steward, Appellant Pro Se. Alexander Neal Barkus, Hunton & Williams, Washington, D.C.; Jeffrey Brian Hardie, Hunton & Williams, Norfolk, Virginia, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Juan L. Steward appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Steward v. Colonial Williamsburg Found.*, No. CA–01–79–4 (E.D.Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*